No. 02–9523. TUTTLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9524. WILLIAMS v. UNITED STATES; and
No. 02–9525. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 933.

No. 02–9530. MARTINEZ-CINTRON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–9531. WATKINS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9535. ESTRADA-TUFINO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9539. ASCHENBRENER v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–9542. PRATT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9543. PAREDES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9548. RIOS ESPINOZA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9551. BACH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9556. JONES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9557. BUTTS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9560. CORTINAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9564. WARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.